United States Bankruptcy Court

Eastern District of California

In re:                                                                                              Case No. 23-23174-C

Brian Scott Foust                                                           Chapter 7

Heather Elaine Foust

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-2                                         User: admin                                         Page 1 of 3

Date Rcvd: Dec 26, 2023                               Form ID: 318                                   Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##                Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Scott Foust, Heather Elaine Foust, PO Box 540, Diamond Springs, CA 95619-0540 |
| aty | + | Karel Rocha, Prenovost, Normandin, Dawe & Rocha, 2122 N. Broadway, Suite 200, Santa Ana, CA 92706-2614 |
| 23616786 | + | Airgas, Collections unit, 3737 Worsham Ave, Long Beach CA 90808-1774 |
| 23616787 | | Ally Financial, 130424, Roseville MN 55113 |
| 23616756 | | At T Mobility, Legal Dept, 6463, Carol Stream IL 60197 |
| 23616744 | + | BAy Medic, 959 Detroit Ave, Concord CA 94518-2501 |
| 23616791 | + | Baker Distributing, 848459, Dallas TX 75284-0001 |
| 23616772 | | Capital One, 60519, City of Industry CA 91716 |
| 23623916 | + | Chase Edge, PO Box 15123, Wilmington DE 19850-5123 |
| 23623915 | + | Chase World of Hyatt, PO Box 15123, Wilmington DE 19850-5123 |
| 23616773 | | Chase card services, 6294, Carol Stream IL 60197 |
| 23616775 | | Citi Bank, 6004, Sioux Falls SD 57117 |
| 23616776 | | Credit One Bank, 98873, Las Vegas NV 89193 |
| 23616782 | + | Customers Bank, Covid PPP servicing, 40 General Warren Blvd Suite 200, Malvern PA 19355-1251 |
| 23616763 | + | Diesel Funding LLC, C O Jeffrey Zachter, 30 Wall Street 8th Floor, New York NY 10005-2205 |
| 23616788 | + | Discover card services, 45909, San Francisco CA 94145-0001 |
| 23616765 | ++ | EVEREST BUSINESS FUNDING LLC, 8200 NW 52ND TERR, SECOND FLOOR, DORAL FL 33166-7852 address filed with court:, Everest Business Funding, Legal Dept, 5 West 37th Street Suite 1100, New York NY 10018 |
| 23616743 | | El Dorado County Ambulance, 269110, Sacramento CA 95826 |
| 23616768 | + | FJM Sunrise Associates SPE LLC, C O Ivan Gold Attorney, Three Embarcadero Center 12th Floor, San Francisco CA 94111-4003 |
| 23616767 | + | FJM Sunrise Associates SPE LLC, 180 Sutter Street Suite 400, San Francisco CA 94104-4007 |
| 23616789 | + | Fith Third Bank, 630778, Cincinnati OH 45263-0001 |
| 23616753 | | GM Financial, 99605, Arlington TX 76096 |
| 23616747 | + | Invitee, 1400 16th Street, San Francisco CA 94103-5110 |
| 23616792 | | JPMCB CARD, 15369, Wilmington DE 19850 |
| 23616769 | + | Joseph T Ryerson Son Inc, 100097, Pasadena CA 91189-0001 |
| 23616770 | + | Joseph T Ryerson Son Inc, CIO Christopher Hughes, 621 Capital Mall Suite 2500, Sacramento CA 95814-4755 |
| 23616754 | | Keypoint Credit Union, 9001, Coppell TX 75019 |
| 23616762 | + | LG Funding LLC, 1218 Union Street, Brooklyn NY 11225-1512 |
| 23623926 | + | Law offices of Kenneth Freed, 4340 Fulton Ave 3rd Fl, Sherman Oaks CA 91423-6262 |
| 23616748 | + | Marshall Medical Center, 45140, San Francisco CA 94145-0001 |
| 23616785 | + | NMEF, Nicole Gisondi, 601 Merritt 7, Norwalk CT 06851-1091 |
| 23616759 | | Pape Material Handling, Credit Dept, 987, Eugene OR 97440 |
| 23616778 | | Pay Pal Credit, 71707, Philadelphia PA 19176 |
| 23616771 | + | Permagro Inc, A R, 7021 Grand National Dr Suite 109, Orlando FL 32819-8986 |
| 23616779 | + | Permagro Inc, 7175 Orangethorpe Ave, Buena Park CA 90621-3309 |
| 23616749 | | Placerville Radiology Medical Group, 3484, Toledo OH 43607 |
| 23616761 | + | Revenued LLC, 525 Washington Blvd 22nd Floor, Jersey City NJ 07310-2606 |
| 23616760 | + | Revenued LLC, C O Theodore Cohen ESQ, 112 West 34th Street 18th Floor PMB 278, New York NY 10120-0101 |
| 23623912 | + | SBA, c/o Customers Bank, 40 General Warren Blvd #200, Malvern PA 19355-1251 |
| 23616750 | + | Sacramento Ear Nose Throat, 1111 Exposition Blvd Bldg 700, Sacramento CA 95815-4314 |
| 23616752 | | SheIlpoint, 10826, Greenville SC 29603 |

| | | |
|---|---|---|
| 23616751 | + | Sheet Metal Workers National Trust Fund, 3180 Fairview Park Drive Suite 400, Falls Church VA 22042-4583 |
| 23616780 | + | Sheet Metal Workers Nor Cal Trust Fund, 3240 B Constitution Drive, Livermore CA 94551-7567 |
| 23616781 | | Sheet Metal Workers Nor Cal Trust Fund, C O Saltzman Johnson Law Corp, 5100-B1 Clayton Rd Suite 373, Concord CA 94521 |
| 23623919 | + | State Fund, c/o Creditors Adjustment Bureau, 4340 Fulton Ave 3rd Fl, Sherman Oaks CA 91423-6262 |
| 23616757 | | State Fund, Adjustment Bureau, 5932, Sherman Oaks CA 91413 |
| 23616758 | | State Fund, Collections unit, 51092, Los Angeles CA 90051 |
| 23616745 | | Sutter Health, 255228, Sacramento CA 95865 |
| 23616790 | | Synchrony bank, 71783, Philadelphia PA 19176 |
| 23616746 | + | UC Davis Health System, 743481, Los Angeles CA 90074-0001 |
| 23616784 | + | WEX fuel, 97 Darling Avenue, South Portland ME 04106-2301 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BNBFARRIS | Dec 27 2023 09:08:00 | Nikki B. Farris, 2607 Forest Ave #120, Chico, CA 95928-4394 |
| smg | | EDI: EDD.COM | Dec 27 2023 09:08:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 27 2023 09:08:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Dec 27 2023 09:08:00 | AIS Portfolio Services, LLC, Attn: Ally Financial Department, 4515 N Santa Fe Ave Dept APS, Oklahoma City, CA 73118-7901 |
| cr | | EDI: PHINAMERI.COM | Dec 27 2023 09:08:00 | AmeriCredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096 |
| 23616755 | + | EDI: LCIICSYSTEM | Dec 27 2023 09:08:00 | At T Mobility, Collections unit, 444 Highway 96 East, Saint Paul MN 55127-2557 |
| 23623917 | | EDI: CITICORP | Dec 27 2023 09:08:00 | Citi Bank Simplicity, PO Box 78045, Phoenix AZ 85062 |
| 23623913 | + | EDI: CAPITALONE.COM | Dec 27 2023 09:08:00 | Capital One Spark Business, PO Box 60519, City of Industry CA 91716-0519 |
| 23616766 | | Email/Text: beatriz.reyes@whetstoneholdings.com | Dec 27 2023 04:16:00 | Everest Business Funding, 8200 NW 52nd TER SUITE 200, DORAL FL 33166 |
| 23623918 | | Email/Text: bankruptcyfilings@fundbox.com | Dec 27 2023 04:15:00 | Fundbox, 300 Montgomery St #900, San Francisco CA 94104 |
| 23616777 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 27 2023 04:15:00 | Goldman Sachs Bank USA, Lock Box 6112, 7247, Philadelphia PA 19170-0001 |
| 23623927 | + | EDI: LCIICSYSTEM | Dec 27 2023 09:08:00 | I.C. System, PO Box 64378, St Paul MN 55164-0378 |
| 23623910 | | EDI: IRS.COM | Dec 27 2023 09:08:00 | Internal Revenue Service, 4300 Watt Ave, Sacramento CA 95821 |
| 23623914 | | EDI: JPMORGANCHASE | Dec 27 2023 09:08:00 | Chase Ink Business, PO Box 15123, Wilmington DE 19850 |
| 23616774 | | EDI: JPMORGANCHASE | Dec 27 2023 09:08:00 | Chase card services, 15548, Wilmington DE 19886 |
| 23623925 | | Email/Text: clientservices@nsbi.net | Dec 27 2023 04:15:00 | National Service Bureau, 18912 N Creek Pkwy #205, Bothwell WA 98011 |
| 23623924 | + | EDI: SYNC | Dec 27 2023 09:08:00 | PayPal Credit, PO Box 71725, Philadelphia PA 19176-1725 |
| 23616793 | + | EDI: SYNC | Dec 27 2023 09:08:00 | SYNCB AMAZON, 965015, Orlando FL 32896-0001 |

Filed 12/28/23      Case 23-23174      Doc 52

| District/off: 0972-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: 318 | Total Noticed: 74 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 23616794 | + | EDI: SYNC | Dec 27 2023 09:08:00 | SYNCB PPC, 530975, Orlando FL 32896-0001 |
| 23623911 | + | Email/Text: BhamBankruptcy@sba.gov | Dec 27 2023 04:15:00 | Small Business Administration, 2 North 20th St #320, Birmingham AL 35203-4002 |
| 23623922 | + | EDI: SYNC | Dec 27 2023 09:08:00 | Synchrony Bank Amazon, PO Box 71711, Philadelphia PA 19176-1711 |
| 23623923 | + | EDI: SYNC | Dec 27 2023 09:08:00 | Synchrony Bank PayPal Mastercard, PO Box 71725, Philadelphia PA 19176-1725 |
| 23616783 | + | Email/Text: BhamBankruptcy@sba.gov | Dec 27 2023 04:15:00 | US Small Business Administration, Covid PPP EIDL loans, 2 North 20th Street Suite 320, Birmingham AL 35203-4002 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23616764 | ##+ | Diesel Funding LLC, 633 NE 167th Street Suite 831, North Miami Beach FL 33162-2442 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 28, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ivan M. Gold | on behalf of Creditor FJM Sunrise Associates SPE LLC igold@allenmatkins.com |

TOTAL: 1

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian Scott Foust<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1164<br>EIN   46–2673306 |
| Debtor 2<br>(Spouse, if filing) | Heather Elaine Foust<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8671<br>EIN:   46–2673306 |
| United States Bankruptcy Court   Eastern District of California | | |
| Case number:   23–23174 | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Scott Foust
dba Foust Sheetmetal Installations, dba FSI
Foust Sheet Metal Inc

Heather Elaine Foust
dba Foust Sheetmetal Installations, dba FSI
Foust Sheet Metal Inc

12/26/23

**By the court:** Christopher M. Klein
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**