United States Bankruptcy Court
Eastern District of California

| | |
|---|---|
| In re: | Case No. 23-23174-C |
| Brian Scott Foust | Chapter 7 |
| Heather Elaine Foust | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0972-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 12, 2024 | Form ID: L51 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: nikki@nfarrislaw.com | Jan 13 2024 00:50:00 | Nikki B. Farris, 2607 Forest Ave #120, Chico, CA 95928-4394 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ivan M. Gold | on behalf of Creditor FJM Sunrise Associates SPE LLC igold@allenmatkins.com |

TOTAL: 1

FORM L51 Final Decree  (v.9.14)                                      23−23174 − C − 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



## FINAL DECREE

**Case Number:** 23−23174 − C − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Brian Scott Foust
xxx−xx−1164
46−2673306
PO Box 540
Diamond Springs, CA 95619

Heather Elaine Foust
xxx−xx−8671
46−2673306
PO Box 540
Diamond Springs, CA 95619

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Foust Sheetmetal Installations
FSI Foust Sheet Metal Inc

Foust Sheetmetal Installations
FSI Foust Sheet Metal Inc

**Trustee:**   Nikki B. Farris
2607 Forest Ave #120
Chico, CA 95928

**Telephone Number:**   530−898−1488

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7−500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above−entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
1/12/24

For the Court,
Wayne Blackwelder , Clerk